IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDWARD A. HARPER                                                                            PLAINTIFF

       v.                              Civil No. 4:10-cv-04150

DR. TREYILLYAN, Texarkana
Work Release Center; MRS. PAT,
Nurse, Texarkana Work Release
Center; SGT. LOUIS, Texarkana
Work Release Center; SGT. POULD,
Texarkana Work Release Center; and
MRS. WENDY KELLY, Head of the
Arkansas Department of Correction
Medical Staff                                                                                 DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Edward A. Harper filed this case pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

When he filed the case, Plaintiff was advised he was required to immediately inform the Court of any change of address (ECF No. 3). At the time, he was incarcerated in the Arkansas Department of Correction. On March 9, 2011, mail was returned to the Court as undeliverable marked paroled. Thereafter, the Court obtained his home address from the detention facility. A change of address was entered on his behalf (ECF No. 5). Mail sent to the home address has been returned as undeliverable.

The Court has not had a valid address on the Plaintiff since March 9th. I therefore recommend that this case be dismissed based on Plaintiff's failure to keep the Court informed of his address and his failure to prosecute this action.

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely**

**objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

      IT IS SO ORDERED this 18th day of April 2011.

                                      /s/ Barry A. Bryant  
                                      HON. BARRY A. BRYANT  
                                      UNITED STATES MAGISTRATE JUDGE