```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  TEXARKANA DIVISION
```

EDWARD A. HARPER                                              PLAINTIFF

v.                      Case No. 4:10-CV-04150

DR. TREYILLYAN, Texarkana Work
Release Center; MRS. PAT, Nurse,
Texarkana Work Release Center;
SGT. LOUIS, Texarkana Work
Release Center; SGT. POULD,
Texarkana Work Release Center;
and MRS. WENDY KELLY, Head of the
Arkansas Department of Correction
Medical Staff                                                DEFENDANTS

## O R D E R

On this 21st day of June 2011, there comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on April 18, 2011, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED this 21st day of June 2011.

/s/ Paul K. Holmes, III
_____
**PAUL K. HOLMES, III
UNITED STATES DISTRICT JUDGE**